IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| LORETTA MASON,<br><br>            Plaintiff,<br><br>VS.<br><br>BIOMET, et al.,<br><br>           Defendants. | CASE NO. 5:18-cv-00596-D |

## ORDER OF DISMISSAL OF DEFENDANTS *WITH* PREJUDICE

THIS CAUSE came before the Court upon the Stipulation for Dismissal of Defendants *with* Prejudice by and between the plaintiff, Loretta Mason ("Plaintiff"), and the defendants, Biomet, Inc., Biomet Orthopedics, LLC, Biomet U.S. Reconstruction, LLC, and Biomet Manufacturing, LLC f/k/a Biomet Manufacturing Corp. ("Defendants"), and the Court having reviewed the Stipulation for Dismissal of Defendants *with* Prejudice, having reviewed the court file, and being otherwise fully advised in the premises, it is hereby:

**ORDERED** AND **ADJUDGED** that:

This case is hereby **DISMISSED *WITH* PREJUDICE** as to Defendants. Plaintiff and Defendants shall each bear his/its own respective costs and attorneys' fees incurred in connection with this action.

**SO ORDERED.** This 17 day of December, 2019.

                                                      _____
                                                      JAMES C. DEVER III
                                                      United States District Judge